# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| O'REILLY AUTOMOTIVE STORES, INC., d/b/a O'REILLY AUTO PARTS, <br><br> Plaintiff, <br><br> v. <br><br> CARPAR PROPERTY I, LLC, <br><br> Defendant. | Case No. 20-cv-03246-SRB |

## ORDER

Before the Court is the parties' Joint Motion for Order of Dismissal and Release of Bond, and Supporting Suggestions. (Doc. #61.) For good cause shown, and pursuant to Federal Rule of Civil Procedure 41(a)(2), it is hereby ORDERED that the motion is GRANTED. Plaintiff's Complaint is dismissed WITHOUT PREJUDICE to re-filing thereof.

IT IS FURTHER ORDERED that Plaintiff, as principal, and Travelers Casualty and Surety Company of America, as surety, are released and discharged from any and all liability under the surety bond in the amount of Seven Hundred Thousand Dollars ($700,000.00) (Doc. #37) posted by Plaintiff pursuant to the Court's Temporary Restraining Order, and the Clerk of the Court is hereby directed to return said bond to counsel for Plaintiff.

IT IS FURTHER ORDERED that each party herein shall bear their own respective costs in this action.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: December 15, 2020